IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-cr-00089-NONE-SKO |
| Plaintiff, | ) | |
| v. | ) | |
| ELI QUIROZ HERNANDEZ, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-cr-00113-DAD-BAM |
| Plaintiff, | ) | **New Case Number:** |
| | ) | **1:21-cr-00113-NONE-SKO** |
| v. | ) | |
| EMILIO HERNANDEZ YESCA, et al., | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-cr-00114-DAD-BAM |
| Plaintiff, | ) | **New Case Number:** |
| | ) | **1:21-cr-00114-NONE-SKO** |
| v. | ) | |
| JORGE LUIS HERNANDEZ GONZALEZ, | ) | **ORDER REASSIGNING CASES FOR ALL PURPOSES** |
| Defendant. | ) | |

1

Pusuant to the filing of the Notice of Related Cases in case numbers 1:21-cr-00089-NONE-SKO, 1:21-cr-00113-DAD-BAM, 1:21-cr-00114-DAD-BAM on April 30, 2021;

Case numbers 1:21-cr-00113-DAD-BAM and 1:21-cr-00114-DAD-BAM is transferred to the docket of "Unassigned" ("NONE") as the district judge and to Magistrate Judge Sheila K. Oberto to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case numbers listed below should be used on all future documents.

**1:21-cr-00113-NONE-SKO and 1:21-cr-00114-NONE-SKO**

IT IS SO ORDERED.

Dated: __**May 3, 2021**__                         _Dale A. Drozd_
                                                                  UNITED STATES DISTRICT JUDGE