PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00114-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JORGE LUIS HERNANDEZ GONZALEZ, | DATE: March 1, 2023
TIME: 1:00 p.m.
COURT: Hon. Sheila K. Oberto |
| Defendant. | |

## BACKGROUND

This case is set for status conference on March 1, 2023. By this stipulation, defendant now moves to vacate the status conference and **set the case for a change of plea hearing on May 1, 2023, at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. In addition, the public health concerns cited by General Orders 611, 612, 617, 618, and 620 and subsequent general orders presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.

1. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is

voluminous and includes thousands of pages of documents including investigative reports and photographs as well as large media files including hours of recorded calls, large cell phone extractions, social media account search warrant returns, and other items.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Moreover, the government is still receiving discovery from the investigative agency and will continue to provide that supplemental discovery on a rolling basis.

        b)      The government has presented the Defendant with a plea agreement and counsel for defendant desires additional time finalize the agreement and prepare for the change of plea hearing.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      In addition to the public health concerns cited by General Orders of this Court and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because the defendant is not detained pending trial.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2023 to May 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 22, 2023                              PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ JUSTIN J. GILIO
                                                       JUSTIN J. GILIO
                                                       Assistant United States Attorney


Dated:  February 22, 2023                              /s/ Mark Coleman
                                                       Mark Coleman
                                                       Counsel for Defendant
                                                       Jorge Luis Hernandez Gonzalez


**ORDER**

IT IS SO ORDERED.


DATED: 2/23/2023                           _____
                                           THE HONORABLE SHEILA K. OBERTO
                                           UNITED STATES MAGISTRATE JUDGE