1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:21-CR-00114-JLT-SKO

12                  Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                         ORDER

14  JORGE LUIS HERNANDEZ GONZALEZ,     DATE: May 1, 2023
                                       TIME: 1:00 p.m.
15                  Defendant.         COURT: Hon. Jennifer L. Thurston

16

17                      **BACKGROUND**

18      This case is set for change of plea hearing on May 1, 2023.  By this stipulation, defendant now

19  moves to continue the change of plea hearing until **June 20, 2023, at 10:00 a.m.** before the Hon.

20  Jennifer L. Thurston.  The proposed change of plea date represents the earliest date that all counsel are

21  available, taking into account counsels' schedules, defense counsels' commitments to other clients, and

22  the court's available dates for a change of plea hearing. In addition, the public health concerns cited by

23  General Orders 611, 612, 617, 618, and 620 and subsequent general orders presented by the evolving

24  COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other

25  relevant individuals have been encouraged to telework and minimize personal contact to the greatest

26  extent possible.

27      1.      The parties agree and stipulate, and request that the Court find the following:

28              a)      The government has represented that the discovery associated with this case is

voluminous and includes thousands of pages of documents including investigative reports and photographs as well as large media files including hours of recorded calls, large cell phone extractions, social media account search warrant returns, and other items.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Moreover, the government is still receiving discovery from the investigative agency and will continue to provide that supplemental discovery on a rolling basis.

b) The government has presented the Defendant with a plea agreement and counsel for defendant desires additional time finalize the agreement and prepare for the change of plea hearing.

c) The defendant also needs the additional time to arrange certain personal affairs. Defense counsel represents that Defendant's young daughter has eye cancer and the defendant is the primary caretaker and transporter of his daughter to the doctor's office for medical appointments.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) In addition to the public health concerns cited by General Orders of this Court and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because the defendant is not detained pending trial.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2023 to June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

1    of the public and the defendant in a speedy trial.

2         2.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5         IT IS SO STIPULATED.

6

7

8    Dated:  April 27, 2023                    PHILLIP A. TALBERT
                                      United States Attorney

9

10                                         /s/ JUSTIN J. GILIO
                                      JUSTIN J. GILIO

11                                         Assistant United States Attorney

12

13   Dated:  April 27, 2023                    /s/ Mark Coleman

14                                         Mark Coleman
                                      Counsel for Defendant

15                                         Jorge Luis Hernandez Gonzalez

16                                     **ORDER**

17        The stipulation is **GRANTED.** The change-of-plea hearing is **CONTINUED** to until **<u>June 20,</u>**

18   **<u>2023, at 10:00 a.m.</u>**

19        The Court finds that good cause exists and the interest of justice outweigh the defendant and the

20   public in a speedy trial based upon the need for defense preparation and because this continuance results

21   from the defendant's request. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

22   § 3161, *et seq.*, the Court will exclude the time from May 1, 2023 through June 20, 2023 (18 U.S.C.§

23   3161(h)(7)(A), B(iv) [Local Code T4]).

24

25   IT IS SO ORDERED.

26       Dated:   **<u>May 1, 2023</u>**

                                          UNITED STATES DISTRICT JUDGE

27

28