MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone:  (559) 552-8800
Facsimile:  (559) 475-9328


Attorneys for Defendant
JORGE LUIS HERNANDEZ GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00114-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: November 13, 2023 |
| JORGE LUIS HERNANDEZ GONZALEZ, | TIME:  10:00am |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently scheduled for November 13, 2023, at 10:00 a.m., be continued to January 8, 2024, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be rescheduled in accordance with the continued sentencing date.

This continuance is requested by counsel for Defendant, JORGE LUIS HERNANDEZ GONZALEZ, due to the fact that counsel needs additional time to file informal objections to the Probation Report.  Counsel for Defendant has been involved in a Murder Trial in Madera County since August 21, 2023, and additional time is needed for counsel to meet with client to review any possible objections.

Counsel for Defendant has spoken with Assistant U. S. Attorney, JUSTIN GILIO, who has no objection to this continuance.

///

1

1

Dated:  October 16, 2023

PHILLIP A. TALBERT
United States Attorney

2

 /s/ Justin Gilio

3

 JUSTIN GILIO
Special Assistant United States
Attorney

4

5

Dated:  October 16, 2023

/s/ MARK W. COLEMAN

6

MARK W. COLEMAN
Counsel for Defendant
JORGE LUIS HERNANDEZ
GONZALEZ

7

8

9

**FINDINGS AND ORDER**

10

IT IS SO FOUND.

11

IT IS SO ORDERED.

12

Dated:   **October 16, 2023**

13

UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28