MARK W. COLEMAN, #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, 300
Fresno, CA 93721
Telephone:  (559) 552-8800
Facsimile:   (559) 475-9328

Attorneys for Defendant
JORGE LUIS HERNANDEZ GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE HERNANDEZ GONZALEZ,<br><br>Defendant. | CASE NO.  1:21-CR-00114-JLT-SKO<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY, AND ORDER THEREON** |

Defendant, JORGE HERNANDEZ GONZALEZ, hereby moves this Court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On May 12, 2024, JORGE HERNANDEZ GONZALEZ appeared in this matter before the Honorable Erica P. Grosjean, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services, posting of a $15,000.00 cash bond, and clear titles to the 1999 Toyota Tacoma pickup truck, 2012 Nissan Versa, and 2005 Toyota Tacoma pickup truck.  Cash bond was posted on May 13, 2021 (Dkt#34 - Receipt # CAE100048321), along with the Title-pink slips for the vehicles (Dkt# 36, 37, and 38).

On January 29, 2024, JORGE HERNANDEZ GONZALEZ appeared, as required, before United States District Court Judge Jennifer L. Thurston for sentencing, and thereafter surrendered himself to the U.S. Marshal's Office to serve his sentence with the Bureau of Prisons. Since JORGE HERNANDEZ GONZALEZ has met the conditions of release in this matter, he requests that the Court exonerate the cash bond and reconvey titles to the real property set forth above.

1

Dated: February 27, 2024.

Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
JORGE HERNANDEZ GONZALEZ

## ORDER

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that the cash bond in the above-captioned case be exonerated and titles-pink slips to the real property described as follows be reconveyed:

2012 Nissan, CA LP#6TSF109, VIN #822412 from Almaneli Rivera Aguirre

1999 Toyota, CA LP#76415N1, VIN #441896 from Jorge L. Hernandez Gonzalez

2005 Toyota, CA LP#7W32909, VIN #003248 from Teofilo Aguirre Ambrocio

The titles-pinks slips are to be delivered to the Law Office of Mark W. Coleman for distribution to the title holders.

IT IS SO ORDERED.

Dated:   **February 28, 2024**

_____
UNITED STATES DISTRICT JUDGE